COREY B. BECK, ESQ.
Nevada Bar No. 005870
THE LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, Nevada 89101
Ph.: (702) 678-1999
Fax: (702) 678-6788
becksbk@yahoo.com

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ACTON ACADEMY RED ROCK LLC<br><br>Debtor. | BK- 26-13991-mkn<br><br>Chapter 11 |

**RESOLUTIONS AUTHORIZING BANKRUPTCY**

The undersigned, being the 85% Owner and Managing Member of **ACTON RED ROCK LLC,** a Nevada incorporated company ("Company"), hereby adopts the following resolutions and commits the Company as follows:

**RESOLVED**, that in the business judgement of the undersigned, it is desirable and in the best interests of the Company, its creditors, and other parties-in-interest, that the Company file or cause to be filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the U.S. Bankruptcy Court for the District of Nevada; and it is further;

**RESOLVED**, that **AMY NOVAK** ("Authorized Individual") hereby is authorized and empowered to execute and file on behalf of the Company all petitions, schedules, lists and other motions, papers or documents, and to take any and all action deemed necessary or proper

to obtain such relief, and to appear on behalf of Debtor at any hearings in this case; and it is further

**RESOLVED**, that the Authorized Individual is authorized and directed to employ Corey B. Beck, Esq. as counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Individual is hereby authorized and directed to execute appropriate retention agreements and pay appropriate retainers as required.

**IN WITNESS WHEREOF**, the undersigned has executed these Resolutions as of the date set forth below.

**AMY NOVAK**
*85% Owner and Managing Member of ACTON ACADEMY RED ROCK LLC*

By _Amy Novak_

Date:_6/24/26_

2