NVB 4001 (Rev. 09/20)

# * * § 362 INFORMATION SHEET * *

Acton Academy Red Rock LLC
DEBTOR

26-13991-MKN
BK-

MOTION #: ____________

The Mountain Church and Prcedent Properties
MOVANT

CHAPTER: 11

***Certification of Attempt to Resolve the Matter Without Court Action:***

*Moving counsel hereby certifies that pursuant to the requirements of LR 4001(a)(2), an attempt has been made to resolve the matter without court action, but movant has been unable to do so.*

*Date:* 08/13/2026 *Signature:* Elizabeth C. Spaur, Esq.
*Attorney for Movant*

Note for parties not represented by an attorney: Information about motions for relief from the automatic stay is available at the U.S. Bankruptcy Court's website: https://www.nvb.uscourts.gov/filing/filing-pro-se/legal-services/.

PROPERTY INVOLVED IN THIS MOTION: 9501 Hillwood Dr., Ste. 300, Las Vegas, NV 89134

NOTICE SERVED ON: Debtor(s) ☐ ; Debtor's counsel ☑ ; Trustee ☑ ;

DATE OF SERVICE: 08/13/2026

**MOVING PARTY'S CONTENTIONS:**

The EXTENT and PRIORITY of LIENS:

1st N/A
2nd ____
3rd ____
4th ____
Other: N/A (Movant is lessor)
Total Encumbrances: N/A

APPRAISAL of OPINION as to VALUE:
Movant is lessor of the Premises, not a lienholder; relief sought under 11 U.S.C. 362(d)(1) for possession.

**DEBTOR'S CONTENTIONS:**

The EXTENT and PRIORITY of LIENS:

1st Unknown to Movant
2nd ____
3rd ____
4th ____
Other: ____
Total Encumbrances: ____

APPRAISAL of OPINION as to VALUE:
Unknown to Movant

**TERMS of MOVANT'S CONTRACT with the DEBTOR(S)::**

Amount of Note: N/A (commercial lease)
Interest Rate: N/A
Duration: 9/11/2025-9/30/2030 (5 yr)
Payment per Month: $20,294.47 base+CAM
Date of Default: 07/01/2026 (post-petition)
Amount in Arrears: $2,388.94 (post-petition)
Date of Notice of Default: 7/22/2026

SPECIAL CIRCUMSTANCES:
Arrears: $2,388.94 post-petition; $126,473.25 pre-petition (6/3/2026 stmt), excl. late fees.

SUBMITTED BY: Elizabeth Spaur, Esq.
/s/ Elizabeth Spaur

**DEBTOR'S OFFER of "ADEQUATE PROTECTION"for MOVANT :**

- None offered to date.

SPECIAL CIRCUMSTANCES:

SUBMITTED BY: ____________

SIGNATURE: ____________