**COREY B. BECK, ESQ.**
Nevada Bar No. 005870
**THE LAW OFFICE OF COREY B. BECK, P.C.**
425 South Sixth Street
Las Vegas, NV 89101
Ph.: (702) 678-1999
Fax: (702) 678-6788
becklegal@yahoo.com
Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>**ACTON ACADEMY RED ROCK, LLC,**<br><br>Debtor. | Case No. 26-13991-mkn<br><br>Chapter 11<br><br>**DECLARATION OF AMY NOVAK IN SUPPORT OF DEBTOR'S OPPOSITION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |

**DECLARATION OF AMY NOVAK**

I, Amy Novak, declare as follows:

1. I am the 85% owner and managing member of Acton Academy Red Rock, LLC, the debtor and debtor in possession in the above-captioned case (the "Debtor"). I am over the age of eighteen years, of sound mind, and competent to testify to the matters set forth herein. I make this Declaration upon my own personal knowledge and upon my review of the Debtor's books and records, which are maintained in the ordinary course of business

and are under my care, custody, and control. If called as a witness, I could and would competently testify to the facts stated herein.

2. The Debtor operates a school at Suite 300, 9501 Hillwood Drive, Las Vegas, Nevada 89134 (the "Premises"). The Premises is the Debtor's only operating location.

**A. Post-Petition Payments**

3. On August 7, 2026, the I tendered $15,000.00 to the Landlord. On August 12, 2026, the I tendered a further $17,200.00. True and correct copies of the *July, August, September wire/payment confirmation* evidencing these payments are attached hereto as Exhibit 1.

4. On September 4, 2026, I tendered $15,250.80 in payment of the September 2026 installment in full.

**B. The Lease, the Shared-Use Restriction, and Sunday Use**

5. A true and correct copy of the Lease is attached hereto as Exhibit 4.

6. On or about June 25, 2026, the Landlord issued a written notice restricting my use of shared space at the building. Before that notice issued, I had used the second-floor lobby, the kitchen, and the first-floor demo space continuously from the commencement of the tenancy in September 2025, with the Landlord's knowledge and without objection.

7. The Mountain Church has restricted 1,284 sq. ft of open/shared space- See 4 attached pictures of Church's Notices. Inclusive of 1,284 sq. ft of shared space is 697 sq. feet. For exclusive use of our upstairs balcony. Balcony use is now restricted (where it says exclusive). Acton Academy is seeking setoff (reduction) for 1,284 sq. ft not utilized to 2.55 sq. ft. x 10 months for which we cannot utilize. Reduction sought is $4,000.00 each month.

8. The Landlord uses the building exclusively on Sundays. During those periods I have no access to utilize the lease space on Sundays for parent outreach, community development, Staff Meetings, Tutoring, and Open Houses on Sundays.

**C. Playbloom Therapy Collaborative, LLC**

9. Playbloom Therapy is licensee who work with specific children, they do not office at premises or in any way have tenancy. These organizations are invited to the campus as licensees to provide coordinated therapeutic services that support children and families within a social and educational setting. There are many therapy agencies that provide services. Playbloom Therapy is owned by myself, Amy Novak and provides services only to the children of the school; other therapy providers are all independently owned and as such, are contracted with individual families and their medical insurance to provide services to their child during their day.

This collaboration is comparable to a school working alongside independent psychologists, physicians, or other healthcare providers. Coordinating care for shared clients does not create an ownership interest, leasehold interest, subtenancy, or any other tenancy rights in the property. Neither Playbloom Therapy Collaborative nor any other therapy organization providing services at Acton Academy has been granted or possesses any leasehold or tenancy interest in the premises.

10. On or about August 2, 2026, the Landlord posted a trespass notice at the property directed to Playbloom.

/ / /

/ / /

11. Trespass Notice for PlayBloom or any other independent contractor is not proper because independent contractor are licensees, not subtenants.

Executed this 23rd day of September, 2026, at Las Vegas, Nevada.

AMY NOVAK