**Fill in this information to identify the case:**

Debtor Name Acton Academy Red Rock

United States Bankruptcy Court for the: ____________ District of ____________

Case number: 26-13991-mkn

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: August 2026

Date report filed: 9/23/2026 (MM / DD / YYYY)

Line of business: School

NAISC code: 611110

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Amy Novak

Original signature of responsible party: [signature]

Printed name of responsible party: Amy Novak

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☑ | ☐ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name Acton Academy Red Rock Case number 26-13991-mkn

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☑ | ☐ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** $ -10.47

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 82,232.45

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. $ 78296.04

22. **Net cash flow** + $ 3936.41

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report. = $ 3926.41

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ 1054.47

*(Exhibit E)*

Debtor Name Acton Academy Red Rock Case number 26-13991-mkn

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ ______

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? 3
27. What is the number of employees as of the date of this monthly report? 7

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 250
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 20,250
30. How much have you paid this month in other professional fees? $ 0
31. How much have you paid in total other professional fees since filing the case? $ 0

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | – | Column B **Actual** Copy lines 20-22 of this report. | = | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 35,457.12 | – | $ 82, 232.45 | = | $ -46,765.33 |
| 33. **Cash disbursements** | $ 34,716.90 | – | $ 78,296.04 | = | $ -43,579.14 |
| 34. **Net cash flow** | $ 740.22 | – | $ 3936.41 | = | $ -3196.19 |

35. Total projected cash receipts for the next month: $ 48,000
36. Total projected cash disbursements for the next month: - $ 46,000
37. Total projected net cash flow for the next month: = $ 2000

Debtor Name Acton Academy Red Rock Case number 26-13991-mkn

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☑ 39. Bank reconciliation reports for each account.
- ☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☑ 41. Budget, projection, or forecast reports.
- ☐ 42. Project, job costing, or work-in-progress reports.



Print Save As... Reset

| Vendor | Amount | Purpose |
|---|---|---|
| Acton Academy Main | 557.47 | Monthly revenue share to AA |
| Venmo-Acton Academy West End | 477 | No Red Ink licneses |

CHASE

JPMorgan Chase Bank, N.A.
P O Box 44959
Indianapolis, IN 46244 - 4959

August 01, 2026 through August 31, 2026
Account Number: 000000871938053

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00522838 DRE 703 219 24426 NNNNNNNNNNN 1 000000000 64 0000 AT 00
ACTON ACADEMY RED ROCK LLC
AMY NOVAK
9161 MASTODON AVE
LAS VEGAS NV 89149-1706

05228380401000000024

## CHECKING SUMMARY

Chase Business Complete Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **-$10.47** |
| Deposits and Additions | 32 | 82,232.45 |
| ATM & Debit Card Withdrawals | 60 | -12,455.11 |
| Electronic Withdrawals | 41 | -65,825.93 |
| Fees | 1 | -15.00 |
| **Ending Balance** | **134** | **$3,925.94** |

Your Monthly Service Fee was $15 this statement period.

**How to Avoid the Monthly Service Fee (MSF)**
If you meet any of the following qualifying activities for this Chase Business Complete Checking℠ account in a statement period, we will waive the $15 MSF.

Here's the business activity we used to determine if you qualified for the MSF waiver:

- $2,000 Minimum Daily Ending Balance: Your lowest daily ending balance was $161.45.
- $2,000 Chase Payment Solutions℠ Activity: $0.00 was deposited into this account.
- $2,000 Chase Ink® Business Card Activity: $0.00 was your total Ink activity.

You can also avoid the MSF if you:

- Maintain a linked Chase Private Client Checking℠ account OR
- Meet Chase Military Banking requirements

For complete details on all requirements to avoid the MSF, please review the Additional Banking Services and Fees for Business Accounts at chase.com/business/disclosures or visit a Chase branch.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/03 | ATM Check Deposit 08/03 9680 W Skye Canyon Pk Las Vegas NV Card 8180 | $6,143.10 |
| 08/03 | Real Time Transfer Recd From Aba/Contr Bnk-021000021 From: Square Ref: T3Vqcjj3Z5Qjge4 Info: Text- Iid: 20260803021000021P1Brjpc05650020046 Recd: 15:56:13 Trn: 1751442215Ge Bref: 5CA9B298-6615-4F09-8Bad-2C97E06Fc76 | 5,191.03 |
| 08/03 | Real Time Transfer Recd From Aba/Contr Bnk-021000021 From: Square Ref: T37Gvkr8Zrzxf9C Info: Text- Iid: 20260801021000021P1Brjpc03060008385 Recd: 11:28:29 Trn: 0437642213GA Bref: 67B1Eaf5-0Ed7-49A8-Aecf-0500917BB0D | 3,431.75 |
| 08/03 | Real Time Transfer Recd From Aba/Contr Bnk-021000021 From: Square Ref: T3G668Eztxna9C3 Info: Text- Iid: 20260802021000021P1Brjpc05040008708 Recd: 23:32:42 Trn: 2360232214Gd Bref: D2Dbf076-A7E5-44Eb-9Fa2-Aebcf9443F2 | 2,941.50 |
| 08/03 | Zelle Payment From Amy Novak 0Hp0Zb511NV4 | 1,000.00 |

CHASE

August 01, 2026 through August 31, 2026
Account Number: 000000871938053

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| 08/03 | Orig CO Name:Omella Payout Orig ID:1800948598 Desc Date: CO Entry Descr:Omella Paysec:CCD Trace#:091000017999300 Eed:260803 Ind ID:St-A0H8T2H2H9V0 Ind Name:Amy Novak Trn: 2157999300Tc | 988.00 |
| 08/04 | Orig CO Name:Square Inc Orig ID:9424300002 Desc Date:260804 CO Entry Descr:Sq260804 Sec:PPD Trace#:021000020309822 Eed:260804 Ind ID: Ind Name:Acton Academy Red Rock Trn: 2160309822Tc | 6,028.28 |
| 08/07 | Real Time Transfer Recd From Aba/Contr Bnk-021000021 From: Square Ref: T33X6Rp792A9Gmb Info: Text- Iid: 20260807021000021P1Brjpc05070025651 Recd: 13:52:43 Trn: 1281252219GA Bref: F5Fb7457-C66C-4CA9-855C-Df9C27371Da | 1,639.60 |
| 08/07 | Real Time Transfer Recd From Aba/Contr Bnk-021000021 From: Square Ref: T37Ywnwv34Mkhpk Info: Text- Iid: 20260807021000021P1Brjpc05060029472 Recd: 14:33:25 Trn: 1426632219Gb Bref: Fafa1881-752D-47Cc-A42D-Ce12Fd21E51 | 901.08 |
| 08/07 | Orig CO Name:Square Inc Orig ID:9424300002 Desc Date:260807 CO Entry Descr:Sq260807 Sec:PPD Trace#:021000020155951 Eed:260807 Ind ID: Ind Name:Acton Academy Red Rock Trn: 2190155951Tc | 10,463.74 |
| 08/10 | Card Purchase Return 08/10 Expedia 73518617881486 877-7877186 WA Card 8180 | 156.90 |
| 08/10 | Real Time Transfer Recd From Aba/Contr Bnk-021000021 From: Square Ref: T31Sgx9B0Cqcrd4 Info: Text- Iid: 20260808021000021P1Brjpc04770019911 Recd: 23:49:16 Trn: 2524872220Gd Bref: 629Cdc33-3Adc-4Ae9-B058-C872A132444 | 4,902.50 |
| 08/10 | Real Time Transfer Recd From Aba/Contr Bnk-021000021 From: Square Ref: T3A7P6Bt690Qxmw Info: Text- Iid: 20260809021000021P1Brjpc05910002475 Recd: 15:36:48 Trn: 1395402221Gb Bref: C9204464-Fa49-42D9-8Cc3-F97990F531B | 3,922.00 |
| 08/10 | Real Time Transfer Recd From Aba/Contr Bnk-021000021 From: Square Ref: T383Trm5Hs2A54S Info: Text- Iid: 20260808021000021P1Brjpc05040010972 Recd: 20:35:46 Trn: 1822252220Gc Bref: 167E512E-82Dd-4A98-8021-84D98A43664 | 1,961.00 |
| 08/11 | Real Time Transfer Recd From Aba/Contr Bnk-021000021 From: Square Ref: T3Y747PWS5Y4Jqs Info: Text- Iid: 20260811021000021P1Brjpc05890024392 Recd: 17:32:14 Trn: 1742022223GA Bref: 1B1Ff343-50Af-4547-9924-021F0D399D0 | 588.30 |
| 08/12 | Real Time Transfer Recd From Aba/Contr Bnk-021000021 From: Square Ref: T3H9Jbvatemerr0 Info: Text- Iid: 20260812021000021P1Brjpc04330008038 Recd: 12:25:42 Trn: 0975462224Gd Bref: 83F5Bcd8-392F-4D71-9517-04Ae0Cf37E3 | 2,081.60 |
| 08/12 | Real Time Transfer Recd From Aba/Contr Bnk-021000021 From: Square Ref: T373Gatsvsmmc71 Info: Text- Iid: 20260812021000021P1Brjpc05840029023 Recd: 22:24:42 Trn: 2196882224Gc Bref: D4E20Ecd-2448-4A2A-9E3E-C1D9318A0Fa | 1,470.75 |
| 08/12 | Orig CO Name:Square Inc Orig ID:9424300002 Desc Date:260812 CO Entry Descr:Sq260812 Sec:PPD Trace#:021000021655030 Eed:260812 Ind ID: Ind Name:Acton Academy Red Rock Trn: 2241655030Tc | 15,000.00 |
| 08/13 | Card Purchase Return 08/13 Amazon Mktplace Pmts Amzn.Com/Bill WA Card 8180 | 61.76 |
| 08/14 | Real Time Transfer Recd From Aba/Contr Bnk-021000021 From: Square Ref: T350Rsjm5H9Nx1N Info: Text- Iid: 20260814021000021P1Brjpc04530008610 Recd: 11:43:15 Trn: 1024842226Gd Bref: 1Af89C0C-2E07-4Bl0-8076-Da559655776 | 1,274.65 |
| 08/14 | Real Time Transfer Recd From Aba/Contr Bnk-021000021 From: Square Ref: T30Rvhwf2H9T7Rt Info: Text- Iid: 20260814021000021P1Brjpc05910000889 Recd: 03:22:15 Trn: 2700532225Gc Bref: F0618B3C-9A15-4833-A590-2265850Ef5E | 980.50 |
| 08/17 | Real Time Transfer Recd From Aba/Contr Bnk-021000021 From: Square Ref: T33Vpmhbj6510Hg Info: Text- Iid: 20260817021000021P1Brjpc05920016888 Recd: 19:49:26 Trn: 2086522219GA Bref: 3308D87B-9802-46D8-A4D1-7A79B454885 | 686.35 |
| 08/17 | Orig CO Name:Omella Payout Orig ID:4270465600 Desc Date: CO Entry Descr:Omella Paysec:CCD Trace#:111000027635159 Eed:260817 Ind ID:St-S0R4M6A4U4S1 Ind Name:Amy Novak Trn: 2297635159Tc | 494.00 |
| 08/18 | Real Time Transfer Recd From Aba/Contr Bnk-021000021 From: Square Ref: T36Y88Ycffn5Qgd Info: Text- Iid: 20260818021000021P1Brjpc01740012412 Recd: 12:29:59 Trn: 0579112230Gc Bref: 0B5Fc28E-Aa96-4446-94F3-01979F1B107 | 980.50 |
| 08/19 | Card Purchase Return 08/19 Amazon Mktplace Pmts Amzn.Com/Bill WA Card 8180 | 195.06 |
| 08/20 | Real Time Transfer Recd From Aba/Contr Bnk-021000021 From: Square Ref: T397R2F97Fntk1P Info: Text- Iid: 20260820021000021P1Brjpc03580004349 Recd: 09:45:23 Trn: 0393662232Gc Bref: Ed50C347-8Ef3-41F6-B20D-Deb3091F5A2 | 2,941.50 |
| 08/21 | Card Purchase Return 08/21 Amazon Mktplace Pmts Amzn.Com/Bill WA Card 8180 | 130.04 |
| 08/21 | Card Purchase Return 08/21 Amazon Mktplace Pmts Amzn.Com/Bill WA Card 8180 | 130.04 |

CHASE

August 01, 2026 through August 31, 2026
Account Number: 000000871938053

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/24 | Real Time Transfer Recd From Aba/Contr Bnk-021000021 From: Square Ref: T31Hwpx4Qjfw9Xp Info: Text- Iid: 20260822021000021P1Brjpc03570004547 Recd: 21:54:37 Trn: 2098202234Ge Bref: 9D2B9508-3214-437E-Bf5E-Ae70B29E0BC | 980.50 |
| 08/24 | Real Time Transfer Recd From Aba/Contr Bnk-021000021 From: Square Ref: T3K880Pdr3V6Pzy Info: Text- Iid: 20260822021000021P1Brjpc05940006123 Recd: 22:22:46 Trn: 2035672234Gd Bref: 4Fdb7A40-028B-4Fec-93Ac-7D6B1A5B6Aa | 490.25 |
| 08/31 | Orig CO Name:Square Inc Orig ID:9424300002 Desc Date:260831 CO Entry Descr:Sq260831 Sec:PPD Trace#:021000027409137 Eed:260831 Ind ID: Ind Name:Acton Academy Red Rock Trn: 2437409137Tc | 3,385.17 |
| 08/31 | Orig CO Name:Omella Payout Orig ID:1800948598 Desc Date: CO Entry Descr:Omella Paysec:CCD Trace#:091000018110394 Eed:260831 Ind ID:St-L9Q1I8J8W8F8 Ind Name:Amy Novak Trn: 2438110394Tc | 691.00 |
| **Total Deposits and Additions** | | **$82,232.45** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/03 | Card Purchase 08/01 Google *Workspace Pla 650-253-0000 CA Card 8180 | $158.40 |
| 08/03 | Card Purchase With Pin 08/03 Starlink Hawthorne CA Card 8180 | 360.00 |
| 08/04 | Recurring Card Purchase 08/03 Unyte Www.Integrate CO Card 8180 | 139.00 |
| 08/04 | Card Purchase 08/03 City of Reno 775-334-2032 NV Card 8180 | 475.00 |
| 08/04 | Card Purchase 08/03 Wf4Ctyofreno*Srvcefee 775-334-2032 CA Card 8180 | 12.83 |
| 08/04 | Card Purchase 08/04 Testingmom.Com 8776096203 NV Card 8180 | 29.99 |
| 08/05 | Recurring Card Purchase 08/04 Bil*Acton Academy 408-6761881 De Card 8180 | 574.12 |
| 08/05 | Recurring Card Purchase 08/04 Bil*Acton Academy 408-6761881 De Card 8180 | 298.66 |
| 08/06 | Card Purchase With Pin 08/06 Target T-1207 8750 W C Las Vegas NV Card 8180 | 113.84 |
| 08/10 | Card Purchase 08/07 Tst*With Love, Always Las Vegas NV Card 8180 | 29.11 |
| 08/10 | Recurring Card Purchase 08/07 The Great Courses 703-7404518 VA Card 8180 | 20.00 |
| 08/10 | Recurring Card Purchase 08/08 Page Bird Tallinn Card 8180 | 188.00 |
| 08/10 | Card Purchase With Pin 08/08 Costco Whse #0563 Las Vegas NV Card 8180 | 464.47 |
| 08/10 | Payment Sent 08/08 Venmo *Adam Brustein New York NY Card 8180 | 300.00 |
| 08/10 | Card Purchase 08/09 Natlmicroschoolingct Microschoolin NV Card 8180 | 2,560.00 |
| 08/10 | Recurring Card Purchase 08/09 Unyte Www.Integrate CO Card 8180 | 169.00 |
| 08/10 | Card Purchase 08/09 Frontier Ai Ac3Bkv 720-3744390 CO Card 8180 | 459.96 |
| 08/10 | Card Purchase 08/10 Expedia 73518617881486 877-7877186 WA Card 8180 | 156.90 |
| 08/10 | Recurring Card Purchase 08/10 Visionariesnv Www.Visionari NV Card 8180 | 399.99 |
| 08/10 | Card Purchase 08/10 Amazon Mktpl*5H9Ad74 Amzn.Com/Bill WA Card 8180 | 61.76 |
| 08/11 | Card Purchase 08/11 Amazon Mktpl*5H0PO2N Amzn.Com/Bill WA Card 8180 | 26.00 |
| 08/11 | Card Purchase 08/11 Amazon Mktpl*5H5My9N Amzn.Com/Bill WA Card 8180 | 19.50 |
| 08/11 | Card Purchase 08/11 Amazon Mktpl*5H0Vk6N Amzn.Com/Bill WA Card 8180 | 25.35 |
| 08/11 | Card Purchase 08/11 Amazon Mktpl*5H5P133 Amzn.Com/Bill WA Card 8180 | 148.32 |
| 08/11 | Card Purchase 08/11 Amazon Mktpl*5H69L00 Amzn.Com/Bill WA Card 8180 | 13.54 |
| 08/11 | Card Purchase 08/11 Amazon Mktpl*5H0Yk9A Amzn.Com/Bill WA Card 8180 | 29.25 |
| 08/12 | Card Purchase 08/12 Amazon.Com*5H05E20S2 Amzn.Com/Bill WA Card 8180 | 24.92 |
| 08/12 | Card Purchase 08/12 Amazon Mktpl*5H1On6X Amzn.Com/Bill WA Card 8180 | 49.84 |
| 08/12 | Card Purchase 08/12 Amazon Mktpl*5H0UT1P Amzn.Com/Bill WA Card 8180 | 24.64 |
| 08/13 | Card Purchase 08/13 Amazon Mktpl*5H4Gd6H Amzn.Com/Bill WA Card 8180 | 1,859.50 |
| 08/13 | Card Purchase 08/12 Amazon Mktpl*5H4M84V Amzn.Com/Bill WA Card 8180 | 302.34 |
| 08/17 | Card Purchase 08/17 Amazon.Com*5A7Sm7At1 Amzn.Com/Bill WA Card 8180 | 260.09 |
| 08/17 | Card Purchase 08/15 Amazon Mktpl*5H62Q1R Amzn.Com/Bill WA Card 8180 | 509.08 |
| 08/17 | Card Purchase 08/14 Amazon.Com*5H9Ni9Sz2 Amzn.Com/Bill WA Card 8180 | 90.49 |
| 08/17 | Recurring Card Purchase 08/15 Aloha Practice Mgmt Alohaaba.Com TX Card 8180 | 89.97 |



15228380402000000064

CHASE

August 01, 2026 through August 31, 2026
Account Number: 000000871938053

## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 08/17 | Card Purchase | 08/16 Amazon Mktpl*5A3S97F Amzn.Com/Bill WA Card 8180 | 58.51 |
| 08/18 | Card Purchase | 08/18 Amazon Mktpl*5A5CA1G Amzn.Com/Bill WA Card 8180 | 17.33 |
| 08/19 | Card Purchase | 08/18 Kolbe Corp 602-840-9770 AZ Card 8180 | 63.00 |
| 08/20 | Card Purchase | 08/19 Amazon Mktpl*5A2Ts9M Amzn.Com/Bill WA Card 8180 | 43.34 |
| 08/21 | Card Purchase | 08/21 Amazon Mktpl*5A8Cf0W Amzn.Com/Bill WA Card 8180 | 108.36 |
| 08/24 | Card Purchase | 08/22 Amazon Mktpl*5O4429C Amzn.Com/Bill WA Card 8180 | 726.71 |
| 08/24 | Card Purchase | 08/22 Amazon Mktpl*5O6Fm84 Amzn.Com/Bill WA Card 8180 | 30.32 |
| 08/24 | Card Purchase | 08/22 Ic* Instacart Instacart.Com CA Card 8180 | 48.94 |
| 08/24 | Card Purchase | 08/23 Amazon Mktpl*5O8375E Amzn.Com/Bill WA Card 8180 | 35.33 |
| 08/24 | Card Purchase | 08/24 Amazon Mktpl*5O4D273 Amzn.Com/Bill WA Card 8180 | 32.18 |
| 08/24 | Card Purchase | 08/24 Amazon Mktpl*5O74I3Z Amzn.Com/Bill WA Card 8180 | 34.67 |
| 08/25 | Card Purchase | 08/24 Amazon Mktpl*5O9U65G Amzn.Com/Bill WA Card 8180 | 95.31 |
| 08/25 | Card Purchase | 08/24 Amazon Mktpl*5O9I23X Amzn.Com/Bill WA Card 8180 | 187.21 |
| 08/25 | Card Purchase | 08/24 Amazon Mktpl*5O02893 Amzn.Com/Bill WA Card 8180 | 20.57 |
| 08/26 | Card Purchase | 08/26 Teacherspayteachers.C 646-588-0910 CA Card 8180 | 15.40 |
| 08/27 | Card Purchase | 08/27 Ic* Instacart Instacart.Com CA Card 8180 | 22.00 |
| 08/27 | Recurring Card Purchase | 08/27 Apple.Com/Bill 866-712-7753 CA Card 8180 | 2.99 |
| 08/28 | Card Purchase | 08/27 Amazon Mktpl*5Q2TN4C Amzn.Com/Bill WA Card 8180 | 89.94 |
| 08/28 | Card Purchase | 08/27 Amazon Mktpl*5O42J47 Amzn.Com/Bill WA Card 8180 | 163.59 |
| 08/28 | Card Purchase | 08/28 Amazon Mktpl*5O87O8I Amzn.Com/Bill WA Card 8180 | 74.77 |
| 08/28 | Card Purchase | 08/27 Amazon Mktpl*5O6K99W Amzn.Com/Bill WA Card 8180 | 35.10 |
| 08/28 | Card Purchase | 08/27 Chevron 0379599 Las Vegas NV Card 8180 | 19.57 |
| 08/28 | Recurring Card Purchase | 08/28 Canva* I04987-0429864 Canva.Com TX Card 8180 | 12.95 |
| 08/28 | Card Purchase | 08/27 Audible*X35Df9T63 Amzn.Com/Bill NJ Card 8180 | 14.95 |
| 08/28 | Card Purchase | 08/28 Amazon Mktpl*5Q95C64 Amzn.Com/Bill WA Card 8180 | 58.21 |
| **Total ATM & Debit Card Withdrawals** | | | **$12,455.11** |

## ATM & DEBIT CARD SUMMARY

| | |
|---|---|
| Amy Novak Card 8180 | |
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $12,455.11 |
| Total Card Deposits & Credits | $6,816.90 |
| ATM & Debit Card Totals | |
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $12,455.11 |
| Total Card Deposits & Credits | $6,816.90 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/03 | Orig CO Name:Done For You Tax Orig ID:9831897454 Desc Date: CO Entry Descr:Purchase Sec:Web Trace#:061104590148722 Eed:260803 Ind ID:26500753 Ind Name:Novak Amy Trn: 2150148722Tc | $600.00 |
| 08/03 | Zelle Payment To Amy Jpm99Crh56Rx | 2,660.00 |
| 08/03 | Zelle Payment To Kyle Crafts Jpm99Crhk9Os | 748.92 |
| 08/03 | Zelle Payment To Karla Navas Jpm99Crm6Coc | 1,243.22 |
| 08/03 | Zelle Payment To Emily Stewart 30258757201 | 700.55 |
| 08/03 | Orig CO Name:Unitedhealthsvcs Orig ID:4880201420 Desc Date: CO Entry Descr:Personapaysec:Web Trace#:091000011738972 Eed:260803 Ind ID:201295969 Ind Name:Amy Novak Trn: 2151738972Tc | 2,835.00 |

CHASE

August 01, 2026 through August 31, 2026
Account Number: 000000871938053

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/03 | Orig CO Name:Square Inc Orig ID:9591330001 Desc Date:260803 CO Entry Descr:Sq260803 Sec:CCD Trace#:021000027673109 Eed:260803 Ind ID:T3K9P5Av7S9H0Ap Ind Name:Amy Novak T2231308 Trn: 2157673109Tc | 49.00 |
| 08/03 | Orig CO Name:Square Inc Orig ID:9591330001 Desc Date:260803 CO Entry Descr:Sq260803 Sec:CCD Trace#:021000027672190 Eed:260803 Ind ID:T3B3TD1P4W8Qnt6 Ind Name:Amy Novak T2231308 Trn: 2157672190Tc | 35.00 |
| 08/03 | Orig CO Name:Square Inc Orig ID:9591330001 Desc Date:260803 CO Entry Descr:Sq260803 Sec:Web Trace#:021000027698927 Eed:260803 Ind ID:T3AZ6J4Zqdsb4Nf Ind Name:Acton Academy Red Rock T2231307 Trn: 2157698927Tc | 35.00 |
| 08/04 | Zelle Payment To Kim Bernstein 30273199945 | 2,000.00 |
| 08/04 | Zelle Payment To Kim Bernstein 30273210707 | 370.00 |
| 08/04 | Orig CO Name:Ford Motor CR Orig ID:3534610003 Desc Date:260803 CO Entry Descr:Fordcreditsec:Web Trace#:021000023744606 Eed:260804 Ind ID:063720725 Ind Name:Amy Novak Trn: 2163744606Tc | 1,164.97 |
| 08/04 | Zelle Payment To Melencia Jpm99Crtjqcb | 3,000.00 |
| 08/05 | Zelle Payment To Nicole Lan Jpm99Crwvvqb | 715.68 |
| 08/05 | Zelle Payment To Amy Jpm99Cry1O3M | 450.00 |
| 08/06 | Orig CO Name:NV Ui Payments Orig ID:2886000022 Desc Date:260804 CO Entry Descr:NV Ui Pmt Sec:CCD Trace#:091000010334390 Eed:260806 Ind ID:000023938 Ind Name:Acton Academy Red Rock NV Ui Tax Trn: 2180334390Tc | 1,205.08 |
| 08/07 | Orig CO Name:NV Ui Payments Orig ID:2886000022 Desc Date:260805 CO Entry Descr:NV Ui Pmt Sec:CCD Trace#:091000017337436 Eed:260807 Ind ID:000023938 Ind Name:Acton Academy Red Rock NV Ui Tax Trn: 2197337436Tc | 2,861.47 |
| 08/07 | 08/07 Online Realtime Vendor Payment 11231490480 Payment ID Reference#: 8231490480Rx To Aarr Rent 0218 | 15,000.00 |
| 08/10 | Orig CO Name:Discover Orig ID:2510020270 Desc Date:260807 CO Entry Descr:E-Payment Sec:Web Trace#:091000012111424 Eed:260810 Ind ID:6114 Ind Name:Novak Amy DC Pymnts Dciintnet Trn: 2222111424Tc | 200.00 |
| 08/10 | Zelle Payment To Kim Bernstein 30346678525 | 4,000.00 |
| 08/11 | Orig CO Name:Wayfair Orig ID:Citiautfdr Desc Date:260810 CO Entry Descr:Auto Pymt Sec:Web Trace#:122402150503696 Eed:260811 Ind ID:722062262190406 Ind Name:Amy Novak Trn: 2230503696Tc | 79.00 |
| 08/11 | Zelle Payment To John Jpm99Cspz3lj | 600.00 |
| 08/12 | Orig CO Name:Credit One Bank Orig ID:Web000004 Desc Date:260811 CO Entry Descr:Payment Sec:Web Trace#:122402131033345 Eed:260812 Ind ID:60704724 Ind Name:Amy Novak Credit One Bank,N.A. Trn: 2241033345Tc | 24.94 |
| 08/12 | 08/12 Online Realtime Vendor Payment 11232093183 Payment ID Reference#: 8232093183Rx To Aarr Rent 0218 | 17,200.00 |
| 08/14 | Orig CO Name:The Hartford Orig ID:9942902727 Desc Date: CO Entry Descr:Inspmtcl Sec:CCD Trace#:051000019050217 Eed:260814 Ind ID:16359031 Ind Name:Acton Academy Red Rock Nwtbs Cl Scic ACH C Trn: 2269050217Tc | 741.89 |
| 08/14 | Zelle Payment To Excellence Cleaning Service Account Jpm99CT16Lkp | 500.00 |
| 08/14 | Zelle Payment To Excellence Cleaning Service Account Jpm99CT1768K | 75.00 |
| 08/14 | Zelle Payment To John Jpm99CT237NA | 178.00 |
| 08/17 | Zelle Payment To Amy Jpm99CT90Cyd | 1,000.00 |
| 08/17 | Zelle Payment To Melencia Jpm99Ctbhpsz | 63.00 |
| 08/17 | Orig CO Name:Discover Orig ID:2510020270 Desc Date:260814 CO Entry Descr:E-Payment Sec:Web Trace#:091000014639307 Eed:260817 Ind ID:6114 Ind Name:Novak Amy DC Pymnts Dciintnet Trn: 2294639307Tc | 798.38 |

15228380403000000064

CHASE

August 01, 2026 through August 31, 2026
Account Number: 000000871938053

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/17 | Zelle Payment To Kyle Crafts Jpm99Clhz5T2 | 500.00 |
| 08/20 | Orig CO Name:Ford Motor CR Orig ID:3534610003 Desc Date:260819 CO Entry Descr:Fordcreditsec:Web Trace#:021000023136922 Eed:260820 Ind ID:063720725 Ind Name:Amy Novak Trn: 2323136922Tc | 1,164.97 |
| 08/20 | Zelle Payment To Emily Stewart 30481547240 | 315.16 |
| 08/20 | Zelle Payment To Nicole Lan Jpm99Ctqc0V7 | 658.13 |
| 08/20 | Zelle Payment To Karla Navas Jpm99Ctqc6Aw | 496.83 |
| 08/21 | Zelle Payment To Elaine Schmidt 30507114355 | 540.00 |
| 08/24 | Zelle Payment To Amy Gearin 30519341465 | 365.00 |
| 08/31 | Zelle Payment To Kyle Crafts Jpm99Cuoi3Q8 | 300.00 |
| 08/31 | Orig CO Name:Done For You Tax Orig ID:9831897454 Desc Date: CO Entry Descr:Purchase Sec:Web Trace#:061104599782941 Eed:260831 Ind ID:26950430 Ind Name:Novak Amy Trn: 2439782941Tc | 347.00 |
| 08/31 | Orig CO Name:Square Inc Orig ID:9591330001 Desc Date:260831 CO Entry Descr:Sq260831 Sec:Web Trace#:021000027407268 Eed:260831 Ind ID:T3Bhd9P75Rjxdmb Ind Name:Acton Academy Red Rock T2236091 Trn: 2437407268Tc | 4.74 |
| | **Total Electronic Withdrawals** | **$65,825.93** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/31 | Monthly Service Fee | $15.00 |
| | **Total Fees** | **$15.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 08/03 | $10,259.82 | 08/12 | 3,690.44 | 08/21 | 1,131.47 |
| 08/04 | 9,096.31 | 08/13 | 1,590.36 | 08/24 | 1,329.07 |
| 08/05 | 7,057.85 | 08/14 | 2,350.62 | 08/25 | 1,025.98 |
| 08/06 | 5,738.93 | 08/17 | 161.45 | 08/26 | 1,010.58 |
| 08/07 | 881.88 | 08/18 | 1,124.62 | 08/27 | 985.59 |
| 08/10 | 2,815.09 | 08/19 | 1,256.68 | 08/28 | 516.51 |
| 08/11 | 2,462.43 | 08/20 | 1,519.75 | 08/31 | 3,925.94 |

CHASE



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

15228380404000000064

CHASE



This Page Intentionally Left Blank

# Acton Academy Red Rock

Profit & Loss Statement

2026-01-01 to 2026-06-15

## INCOME

| | |
|---|---|
| **Total Income** | **$192,243.27** |

## EXPENSES

| Category | Amount |
|---|---|
| Supplies and Materials | $8,569.06 |
| Repairs | $538.12 |
| Telephone and Communication | $380.00 |
| Outside Services | $5,925.00 |
| Travel | $2,255.36 |
| Office Supplies | $557.37 |
| Interest Charges | $481.68 |
| Professional Fees | $3,183.08 |
| Membership and Subscription | $6,278.02 |
| Software and Application Fees | $1,492.63 |
| Bank Fees and Services | $1,890.97 |
| Vehicle Expense Total | $1,269.34 |
| Health Insurance | $4,360.00 |
| Meals | $3,026.20 |
| Taxes and Licenses | $2,370.82 |
| Contract Labor | $62,017.42 |
| Rental Equipment | $84.46 |
| Liability and Property Insurance | $226.88 |
| Commercial Office - Rent | $35,150.00 |
| Cleaning Services | $403.00 |
| Office Expense | $560.00 |
| Reimbursement - Supplies | $820.00 |
| Event Expense | $400.00 |
| **Total Expenses** | **$142,239.41** |

## OWNER EQUITY

| | |
|---|---|
| Contributions (Income) | $12,200.00 |
| Combined Owner Equity Value | $12,200.00 |
| **NET INCOME** | **$50,003.86** |

# EXHIBIT D - TOTAL CASH

Acton Academy Red Rock LLC |

*Prepared from Chase Business Complete Checking statement. Purpose descriptions are based only on merchant/payee informati*

| Date Paid | Payee | Purpose |
|---|---|---|
| 08/03/2026 | Google Workspace | Business software / email and productivity |
| 08/03/2026 | Starlink | Internet service |
| 08/04/2026 | Unyte | Program/software subscription; specific use not stated |
| 08/04/2026 | City of Reno | City fee/payment; Business license |
| 08/04/2026 | City of Reno service fee | Service fee related to City of Reno payment |
| 08/04/2026 | TestingMom.com | Educational/testing resource subscription |
| 08/05/2026 | Acton Academy | Acton Academy payment; specific purpose not stated |
| 08/05/2026 | Acton Academy | Acton Academy payment; specific purpose not stated |
| 08/06/2026 | Target | Supplies/merchandise; specific items not stated |
| 08/10/2026 | With Love, Always | Merchant purchase; training/dinner |
| 08/10/2026 | The Great Courses | Educational content subscription |
| 08/10/2026 | Page Bird | Subscription/service; website/funnel maintenance |
| 08/10/2026 | Costco | Supplies/merchandise; specific items not stated |
| 08/10/2026 | Adam Brustein (Venmo) | Payment to individual; purpose not stated |
| 08/10/2026 | National Microschooling Center | Microschooling-related payment; online learning tools |
| 08/10/2026 | Unyte | Program/software subscription; specific use not stated |
| 08/10/2026 | Frontier AI | AI/software service |
| 08/10/2026 | Expedia | Travel-related purchase |
| 08/10/2026 | VisionariesNV | Merchant/service payment; specific purpose not stated |
| 08/10/2026 | Amazon | Supplies/merchandise; specific items not stated |
| 08/11/2026 | Amazon | Supplies/merchandise; specific items not stated |
| 08/11/2026 | Amazon | Supplies/merchandise; specific items not stated |

| | | |
|---|---|---|
| 08/11/2026 | Amazon | Supplies/merchandise; specific items not stated |
| 08/11/2026 | Amazon | Supplies/merchandise; specific items not stated |
| 08/11/2026 | Amazon | Supplies/merchandise; specific items not stated |
| 08/11/2026 | Amazon | Supplies/merchandise; specific items not stated |
| 08/12/2026 | Amazon | Supplies/merchandise; specific items not stated |
| 08/12/2026 | Amazon | Supplies/merchandise; specific items not stated |
| 08/12/2026 | Amazon | Supplies/merchandise; specific items not stated |
| 08/13/2026 | Amazon | Supplies/merchandise; specific items not stated |
| 08/13/2026 | Amazon | Supplies/merchandise; specific items not stated |
| 08/17/2026 | Amazon | Supplies/merchandise; specific items not stated |
| 08/17/2026 | Amazon | Supplies/merchandise; specific items not stated |
| 08/17/2026 | Amazon | Supplies/merchandise; specific items not stated |
| 08/17/2026 | Aloha Practice Management | Practice management software/service |
| 08/17/2026 | Amazon | Supplies/merchandise; specific items not stated |
| 08/18/2026 | Amazon | Supplies/merchandise; specific items not stated |
| 08/19/2026 | Kolbe Corp | Assessment/service purchase |
| 08/20/2026 | Amazon | Supplies/merchandise; specific items not stated |
| 08/21/2026 | Amazon | Supplies/merchandise; specific items not stated |
| 08/24/2026 | Amazon | Supplies/merchandise; specific items not stated |
| 08/24/2026 | Amazon | Supplies/merchandise; specific items not stated |
| 08/24/2026 | Instacart | Groceries/supplies; specific items not stated |
| 08/24/2026 | Amazon | Supplies/merchandise; specific items not stated |
| 08/24/2026 | Amazon | Supplies/merchandise; specific items not stated |
| 08/24/2026 | Amazon | Supplies/merchandise; specific items not stated |
| 08/25/2026 | Amazon | Supplies/merchandise; specific items not stated |
| 08/25/2026 | Amazon | Supplies/merchandise; specific items not stated |

| | | |
|---|---|---|
| 08/25/2026 | Amazon | Supplies/merchandise; specific items not stated |
| 08/26/2026 | Teachers Pay Teachers | Educational materials |
| 08/27/2026 | Instacart | Groceries/supplies; specific items not stated |
| 08/27/2026 | Apple | Digital service/subscription |
| 08/28/2026 | Amazon | Supplies/merchandise; specific items not stated |
| 08/28/2026 | Amazon | Supplies/merchandise; specific items not stated |
| 08/28/2026 | Amazon | Supplies/merchandise; specific items not stated |
| 08/28/2026 | Amazon | Supplies/merchandise; specific items not stated |
| 08/28/2026 | Chevron | Fuel |
| 08/28/2026 | Canva | Design software subscription |
| 08/28/2026 | Audible | Audiobook/digital content |
| 08/28/2026 | Amazon | Supplies/merchandise; specific items not stated |
| 08/03/2026 | Done For You Tax | Tax-related service/payment |
| 08/03/2026 | Amy | Payment to individual; owner shares |
| 08/03/2026 | Kyle Crafts | Payment to individual; payroll |
| 08/03/2026 | Karla Navas | Payment to individual; payroll |
| 08/03/2026 | Emily Stewart | Payment to individual;Payroll |
| 08/03/2026 | UnitedHealth Services | Health-services payment; Health benefits for staff |
| 08/03/2026 | Square | Square payment/processing charge; specific purpose not stated |
| 08/03/2026 | Square | Square payment/processing charge; specific purpose not stated |
| 08/03/2026 | Square | Square payment/processing charge; specific purpose not stated |
| 08/04/2026 | Kim Bernstein | Payment to individual; contractor |
| 08/04/2026 | Kim Bernstein | Payment to individual; contractor |
| 08/04/2026 | Ford Motor Credit | Vehicle payment/school car |
| 08/04/2026 | Melencia | Payment to individual;PA payroll |
| 08/05/2026 | Nicole Lan | Payment to individual; Support Spec/RBT payroll |
| 08/05/2026 | Amy | Payment to individual; owner shares |
| 08/06/2026 | Nevada UI Payments | Nevada unemployment insurance tax/payment |
| 08/07/2026 | Nevada UI Payments | Nevada unemployment insurance tax/payment |
| 08/07/2026 | AARR Rent | Rent |

| | | |
|---|---|---|
| 08/10/2026 | Discover | Credit card payment |
| 08/10/2026 | Kim Bernstein | Payment to individual; contractor payment |
| 08/11/2026 | Wayfair | Merchandise/furnishings; specific items not stated |
| 08/11/2026 | John | Payment to individual;reimbursement/supplies |
| 08/12/2026 | Credit One Bank | Payment/Parking |
| 08/12/2026 | AARR Rent | Rent |
| 08/14/2026 | The Hartford | Insurance payment |
| 08/14/2026 | Excellence Cleaning Service Account | Cleaning service from summer |
| 08/14/2026 | Excellence Cleaning Service Account | Cleaning service |
| 08/14/2026 | John | Payment to individual; reimbursement locksmith |
| 08/17/2026 | Amy | Payment to individual; reimbursement training |
| 08/17/2026 | Melencia | Payment to individual;reimbursement-printing supplies |
| 08/17/2026 | Discover | Credit card payment-textbooks-Math Middle/ES |
| 08/17/2026 | Kyle Crafts | Payment to individual; payroll hours |
| 08/20/2026 | Ford Motor Credit | Vehicle payment-school |
| 08/20/2026 | Emily Stewart | Payment to individual; payroll |
| 08/20/2026 | Nicole Lan | Payment to individual; payroll |
| 08/20/2026 | Karla Navas | Payment to individual; Movement classes/training |
| 08/21/2026 | Elaine Schmidt | Payment to individual; payroll |
| 08/24/2026 | Amy Gearin | Payment to individual; reimbursed for gym mats |
| 08/31/2026 | Kyle Crafts | Payment to individual; payroll |
| 08/31/2026 | Done For You Tax | Tax-related service/payment |
| 08/31/2026 | Square | Square payment/processing charge; specific purpose not stated |
| 08/31/2026 | JPMorgan Chase Bank | Monthly bank service fee |
| **TOTAL CASH DISBURSEMENTS** | | |

# DISBURSEMENTS

**August 1-31, 2026**

*on shown on the statement; where unclear, purpose is marked as not stated.*

| Amount | Bank Statement Description | |
|---|---|---|
| $158.40 | Card Purchase 08/01 Google *Workspace Pla 650-253-0000 CA Card 8180 | |
| $360.00 | Card Purchase With Pin 08/03 Starlink Hawthorne CA Card 8180 | |
| $139.00 | Recurring Card Purchase 08/03 Unyte Www.Integrate CO Card 8180 | |
| $475.00 | Card Purchase 08/03 City of Reno 775-334-2032 NV Card 8180 | |
| $12.83 | Card Purchase 08/03 Wf4Ctyofreno*Srvcefee 775-334-2032 CA Card 8180 | |
| $29.99 | Card Purchase 08/04 Testingmom.Com 8776096203 NV Card 8180 | |
| $574.12 | Recurring Card Purchase 08/04 Bil*Acton Academy 408-6761881 De Card 8180 | |
| $298.66 | Recurring Card Purchase 08/04 Bil*Acton Academy 408-6761881 De Card 8180 | |
| $113.84 | Card Purchase With Pin 08/06 Target T-1207 8750 W C Las Vegas NV Card 8180 | |
| $29.11 | Card Purchase 08/07 Tst*With Love, Always Las Vegas NV Card 8180 | |
| $20.00 | Recurring Card Purchase 08/07 The Great Courses 703-7404518 VA Card 8180 | |
| $188.00 | Recurring Card Purchase 08/08 Page Bird Tallinn Card 8180 | |
| $464.47 | Card Purchase With Pin 08/08 Costco Whse #0563 Las Vegas NV Card 8180 | |
| $300.00 | Payment Sent 08/08 Venmo *Adam Brustein New York NY Card 8180 | |
| $2,560.00 | Card Purchase 08/09 Natlmicroschoolingct Microschoolin NV Card 8180 | |
| $169.00 | Recurring Card Purchase 08/09 Unyte Www.Integrate CO Card 8180 | |
| $459.96 | Card Purchase 08/09 Frontier Ai Ac3Bkv 720-3744390 CO Card 8180 | |
| $156.90 | Card Purchase 08/10 Expedia 73518617881486 877-7877186 WA Card 8180 | |
| $399.99 | Recurring Card Purchase 08/10 Visionariesnv Www.Visionari NV Card 8180 | |
| $61.76 | Card Purchase 08/10 Amazon Mktpl*5H9Ad74 Amzn.Com/Bill WA Card 8180 | |
| $26.00 | Card Purchase 08/11 Amazon Mktpl*5H0PO2N Amzn.Com/Bill WA Card 8180 | |
| $19.50 | Card Purchase 08/11 Amazon Mktpl*5H5My9N Amzn.Com/Bill WA Card 8180 | |

| | | |
|---|---|---|
| $25.35 | Card Purchase 08/11 Amazon Mktpl*5H0Vk6N Amzn.Com/Bill WA Card 8180 | |
| $148.32 | Card Purchase 08/11 Amazon Mktpl*5H5P133 Amzn.Com/Bill WA Card 8180 | |
| $13.54 | Card Purchase 08/11 Amazon Mktpl*5H69L00 Amzn.Com/Bill WA Card 8180 | |
| $29.25 | Card Purchase 08/11 Amazon Mktpl*5H0Yk9A Amzn.Com/Bill WA Card 8180 | |
| $24.92 | Card Purchase 08/12 Amazon.Com*5H05E20S2 Amzn.Com/Bill WA Card 8180 | |
| $49.84 | Card Purchase 08/12 Amazon Mktpl*5H1On6X Amzn.Com/Bill WA Card 8180 | |
| $24.64 | Card Purchase 08/12 Amazon Mktpl*5H0UT1P Amzn.Com/Bill WA Card 8180 | |
| $1,859.50 | Card Purchase 08/13 Amazon Mktpl*5H4Gd6H Amzn.Com/Bill WA Card 8180 | |
| $302.34 | Card Purchase 08/12 Amazon Mktpl*5H4M84V Amzn.Com/Bill WA Card 8180 | |
| $260.09 | Card Purchase 08/17 Amazon.Com*5A7Sm7At1 Amzn.Com/Bill WA Card 8180 | |
| $509.08 | Card Purchase 08/15 Amazon Mktpl*5H62Q1R Amzn.Com/Bill WA Card 8180 | |
| $90.49 | Card Purchase 08/14 Amazon.Com*5H9Ni9Sz2 Amzn.Com/Bill WA Card 8180 | |
| $89.97 | Recurring Card Purchase 08/15 Aloha Practice Mgmt Alohaaba.Com TX Card 8180 | |
| $58.51 | Card Purchase 08/16 Amazon Mktpl*5A3S97F Amzn.Com/Bill WA Card 8180 | |
| $17.33 | Card Purchase 08/18 Amazon Mktpl*5A5CA1G Amzn.Com/Bill WA Card 8180 | |
| $63.00 | Card Purchase 08/18 Kolbe Corp 602-840-9770 AZ Card 8180 | |
| $43.34 | Card Purchase 08/19 Amazon Mktpl*5A2Ts9M Amzn.Com/Bill WA Card 8180 | |
| $108.36 | Card Purchase 08/21 Amazon Mktpl*5A8Cf0W Amzn.Com/Bill WA Card 8180 | |
| $726.71 | Card Purchase 08/22 Amazon Mktpl*5O4429C Amzn.Com/Bill WA Card 8180 | |
| $30.32 | Card Purchase 08/22 Amazon Mktpl*5O6Fm84 Amzn.Com/Bill WA Card 8180 | |
| $48.94 | Card Purchase 08/22 Ic* Instacart Instacart.Com CA Card 8180 | |
| $35.33 | Card Purchase 08/23 Amazon Mktpl*5O8375E Amzn.Com/Bill WA Card 8180 | |
| $32.18 | Card Purchase 08/24 Amazon Mktpl*5O4D273 Amzn.Com/Bill WA Card 8180 | |
| $34.67 | Card Purchase 08/24 Amazon Mktpl*5O74I3Z Amzn.Com/Bill WA Card 8180 | |
| $95.31 | Card Purchase 08/24 Amazon Mktpl*5O9U65G Amzn.Com/Bill WA Card 8180 | |
| $187.21 | Card Purchase 08/24 Amazon Mktpl*5O9I23X Amzn.Com/Bill WA Card 8180 | |

| | | |
|---|---|---|
| $20.57 | Card Purchase 08/24 Amazon Mktpl*5O02893 Amzn.Com/Bill WA Card 8180 | |
| $15.40 | Card Purchase 08/26 Teacherspayteachers.C 646-588-0910 CA Card 8180 | |
| $22.00 | Card Purchase 08/27 Ic* Instacart Instacart.Com CA Card 8180 | |
| $2.99 | Recurring Card Purchase 08/27 Apple.Com/Bill 866-712-7753 CA Card 8180 | |
| $89.94 | Card Purchase 08/27 Amazon Mktpl*5Q2TN4C Amzn.Com/Bill WA Card 8180 | |
| $163.59 | Card Purchase 08/27 Amazon Mktpl*5O42J47 Amzn.Com/Bill WA Card 8180 | |
| $74.77 | Card Purchase 08/28 Amazon Mktpl*5O87O8I Amzn.Com/Bill WA Card 8180 | |
| $35.10 | Card Purchase 08/27 Amazon Mktpl*5O6K99W Amzn.Com/Bill WA Card 8180 | |
| $19.57 | Card Purchase 08/27 Chevron 0379599 Las Vegas NV Card 8180 | |
| $12.95 | Recurring Card Purchase 08/28 Canva* I04987-0429864 Canva.Com TX Card 8180 | |
| $14.95 | Card Purchase 08/27 Audible*X35Df9T63 Amzn.Com/Bill NJ Card 8180 | |
| $58.21 | Card Purchase 08/28 Amazon Mktpl*5Q95C64 Amzn.Com/Bill WA Card 8180 | |
| $600.00 | Orig CO Name:Done For You Tax Orig ID:9831897454 Desc Date: CO Entry | |
| $2,660.00 | Zelle Payment To Amy Jpm99Crh56Rx | |
| $748.92 | Zelle Payment To Kyle Crafts Jpm99Crhk9Os | |
| $1,243.22 | Zelle Payment To Karla Navas Jpm99Crm6Coc | |
| $700.55 | Zelle Payment To Emily Stewart 30258757201 | |
| $2,835.00 | Orig CO Name:Unitedhealthsvcs Orig ID:4880201420 Desc Date: CO Entry | |
| $49.00 | Orig CO Name:Square Inc Orig ID:9591330001 Desc Date:260803 CO Entry | |
| $35.00 | Orig CO Name:Square Inc Orig ID:9591330001 Desc Date:260803 CO Entry | |
| $35.00 | Orig CO Name:Square Inc Orig ID:9591330001 Desc Date:260803 CO Entry | |
| $2,000.00 | Zelle Payment To Kim Bernstein 30273199945 | |
| $370.00 | Zelle Payment To Kim Bernstein 30273210707 | |
| $1,164.97 | Orig CO Name:Ford Motor CR Orig ID:3534610003 Desc Date:260803 CO Entry | |
| $3,000.00 | Zelle Payment To Melencia Jpm99Crtjqcb | |
| $715.68 | Zelle Payment To Nicole Lan Jpm99Crwvvqb | |
| $450.00 | Zelle Payment To Amy Jpm99Cry1O3M | |
| $1,205.08 | Orig CO Name:NV Ui Payments Orig ID:2886000022 Desc Date:260804 CO Entry | |
| $2,861.47 | Orig CO Name:NV Ui Payments Orig ID:2886000022 Desc Date:260805 CO Entry | |
| $15,000.00 | 08/07 Online Realtime Vendor Payment 11231490480 Payment ID Reference#: | |

| | | |
|---|---|---|
| $200.00 | Orig CO Name:Discover Orig ID:2510020270 Desc Date:260807 CO Entry | |
| $4,000.00 | Zelle Payment To Kim Bernstein 30346678525 | |
| $79.00 | Orig CO Name:Wayfair Orig ID:Citiautfdr Desc Date:260810 CO Entry Descr:Auto | |
| $600.00 | Zelle Payment To John Jpm99Cspz3lj | |
| $24.94 | Orig CO Name:Credit One Bank Orig ID:Web000004 Desc Date:260811 CO Entry | |
| $17,200.00 | 08/12 Online Realtime Vendor Payment 11232093183 Payment ID Reference#: | |
| $741.89 | Orig CO Name:The Hartford Orig ID:9942902727 Desc Date: CO Entry | |
| $500.00 | Zelle Payment To Excellence Cleaning Service Account Jpm99CT16Lkp | |
| $75.00 | Zelle Payment To Excellence Cleaning Service Account Jpm99CT1768K | |
| $178.00 | Zelle Payment To John Jpm99CT237NA | |
| $1,000.00 | Zelle Payment To Amy Jpm99CT90Cyd | |
| $63.00 | Zelle Payment To Melencia Jpm99Ctbhpsz | |
| $798.38 | Orig CO Name:Discover Orig ID:2510020270 Desc Date:260814 CO Entry | |
| $500.00 | Zelle Payment To Kyle Crafts Jpm99Cthz5T2 | |
| $1,164.97 | Orig CO Name:Ford Motor CR Orig ID:3534610003 Desc Date:260819 CO Entry | |
| $315.16 | Zelle Payment To Emily Stewart 30481547240 | |
| $658.13 | Zelle Payment To Nicole Lan Jpm99Ctqc0V7 | |
| $496.83 | Zelle Payment To Karla Navas Jpm99Ctqc6Aw | |
| $540.00 | Zelle Payment To Elaine Schmidt 30507114355 | |
| $365.00 | Zelle Payment To Amy Gearin 30519341465 | |
| $300.00 | Zelle Payment To Kyle Crafts Jpm99Cuoi3Q8 | |
| $347.00 | Orig CO Name:Done For You Tax Orig ID:9831897454 Desc Date: CO Entry | |
| $4.74 | Orig CO Name:Square Inc Orig ID:9591330001 Desc Date:260831 CO Entry | |
| $15.00 | Monthly Service Fee | |
| **$78,296.04** | | |

| Control Summary | Amount |
|---|---|
| Debit card withdrawals | $12,455.11 |
| | |
| Electronic withdrawals | $65,825.93 |
| Bank fees | $15.00 |
| **Total** | **$78,296.04** |

| | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |