Corey B. Beck
Nevada Bar No. 5870
LAW OFFICE OF COREY B. BECK P.C.
425 South Sixth Street
Las Vegas, Nevada 89101
Telephone: (702) 678-1999
Email: becklegal@yahoo.com
*Attorneys for Debtor, Acton Academy Red Rock LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>ACTON ACADEMY RED ROCK LLC,<br><br>Debtor. | Case No.: 26-13991-mkn<br><br>Chapter 11<br><br>Hearing Date: October 21, 2026<br><br>Hearing Time: 9:30am |

**SUPPLEMENT TO DEBTOR'S MOTION TO EXTEND THE TIME WITHIN WHICH TO ASSUME OR REJECT AN UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY PURSUANT TO 11 U.S.C. § 365(d)(4)**

The Debtor, ACTON ACADEMY RED ROCK LLC, by and through their counsel, COREY B. BECK, ESQ., of THE LAW OFFICE OF COREY B. BECK, P.C. respectfully represents and move this Court as follows:

This supplement is filed in regard to adequate assurance of future payment. Debtor has authorized payment of $25,00.00 toward prepetition arrears owed to be tendered to Landlord on January 31, 2027. In addition, Debtor would tender $3,000/ monthly payments toward prepetition arrears beginning December 1, 2026. Finally, Debtor would tender Balloon Payment on August 15, 2027 for $25,000.00.

/ / /

/ / /

/ / /

/ / /

These payments amount to $80,000.00 through August 2027. There is an Objection to Claim Hearing set for October 28, 2026. Debtor is seeking to reduce significant portion of claim.

DATED this 20th day of October, 2026

Respectfully submitted,

**LAW OFFICE OF COREY B. BECK P.C.**

By: /s/ Corey Back, Esq.________________

Corey B. Beck
Nevada Bar No. 5870
425 South Sixth Street
Las Vegas, Nevada 89101
Telephone: (702) 678-1999
Email: becklegal@yahoo.com
*Attorneys for Debtor*

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of THE LAW OFFICE OF COREY B. BECK, P.C. and that on the 20th day of October, 2026, I caused to be served a true and correct copy of the foregoing *SUPPLEMENT TO DEBTOR'S MOTION TO EXTEND THE TIME WITHIN WHICH TO ASSUME OR REJECT AN UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY PURSUANT TO 11 U.S.C. § 365(d)(4)*, via first class mail, postage pre-paid, to the following parties of interest, at their last known addresses, as follows and on attached mailing matrix:

CHAPTER 11 - LV
USTPRegion17.lv.ecf@usdoj.gov

CARLOS R. HERNANDEZ-VIVONI
on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
carlos.hernandez-vivoni@usdoj.gov

ELIZABETH C. SPAUR
on behalf of Creditor The Mountain Church and Precedent Properties, LLC
espaur@skanemills.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

/s/ *Liliana Anguiano*______________________________
An Employee of
The Law Office of Corey B. Beck, P.C.