Elizabeth A. Skane, Esq. (Bar No.7181)
eskane@skanemills.com
Elizabeth C. Spaur, Esq. (Bar No. 10446)
espaur@skanemills.com
SKANE MILLS LLP
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
(702) 363-2535 / Fax (702) 363-2534

Attorneys for Defendants, PRECEDENT PROPERTIES LLC, and THE MOUNTAIN CHURCH

**EIGHTH JUDICIAL DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| IN RE:<br><br>ACTON ACADEMY RED ROCK LLC<br><br>Debtor(s) | **CASE NO.: BK-26-13991-mkn**<br><br>**CHAPTER 11**<br><br>**SUPPLEMENTAL AFFIDAVIT OF SAMUEL GOULET IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY** |

**SUPPLEMENTAL DECLARATION OF SAMUEL GOULET IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY**

STATE OF NEVADA )
) ss.
COUNTY OF CLARK )

Samuel Goulet, being first duly sworn, deposes and states as follows:

1. I am over the age of eighteen (18) years, of sound mind, and in all respects competent to testify to the matters set forth in this Affidavit. I make this Affidavit based upon my own personal knowledge and upon my review of the books and records of the Landlord (defined below) maintained in the ordinary course of business, which records are under my care, custody, and control. If called as a witness, I could and would competently testify to the facts stated herein.

2. I am the Pastor of The Mountain Church and serve as the duly authorized representative of The Mountain Church, the owner and one of the lessors of the commercial real property described below. In that capacity, I am familiar with the Lease described below and with the Landlord's records reflecting the rent and other charges billed to, and the payments received from, the Debtor.

///
///
///
///
///
///
///
///
///
///

3. As of the date of the execution of this Affidavit, no payment has been made for the October 2026 rental payment.

I declare under penalty of perjury under the law of the State of Nevada that the forgoing is true and correct.

FURTHER AFFIANT SAYETH NAUGHT.

______________________________
SAMUEL GOULET

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 22, 2026, a true and correct copy of the above and foregoing **SUPPLEMENTAL AFFIDAVIT OF SAMUEL GOULET IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY**, was submitted electronically for filing and/or service with the United States Bankruptcy Court, District of Nevada. Electronic Service of the foregoing document shall be made to all parties listed on the Master Service List in accordance with the Electronic Service and Filing Order.

*/s/ Yesenia Lopez-Lutes*

__________________________________
An employee of SKANE MILLS LLP

**SERVICE LIST**

| | |
|---|---|
| Corey B. Beck, Esq.<br>The Law Offices of Corey B. Beck, Esq. 425 South Sixth Street<br>Las Vegas, Nevada 89101<br><br>Acton Academy Red Rock, LLC 9501 Hillwood Drive, Suite 300 Las Vegas, Nevada 89134<br><br>*Attorney for the Debtor* | |
| Office of the United States Trustee<br>c/o Carlos R. Hernandez-Vivoni<br>300 Las Vegas Boulevard South, Suite 4300<br>Las Vegas, Nevada 89101 | Bamboo HR<br>c/o Caine & Weiner<br>Attn: Yvette Resendiz 5805 Sepulveda Blvd, 4th FL Van Nuys, CA 91411 |
| U.S. Small Business Administration, Office of General Counsel,<br>312 N. Spring St., 5th Fl.,<br>Los Angeles, CA 90012 | Department of Justice Office of the U.S. Trustee 600 Las Vegas Blvd.<br>Las Vegas, NV 89101 |
| Internal Revenue Service<br>Attn: Centralized Insolvency Operation P.O. Box 7346<br>Philadelphia, PA 19101 | Internal Revenue Service Stop 5028<br>110 City Parkway<br>Las Vegas, NV 89106 |
| Department of Motor Vehicles Records Section<br>555 Wright Way<br>Carson City, NV 89711 | Nevada DETR<br>500 E. Third St. Carson City, NV 89701 |
| Nevada Department of Taxation<br>555 E. Washington Avenue, Suite 1300<br>Bankruptcy Section<br>Las Vegas, NV 89101 | Nevada Department of Taxation<br>Bankruptcy Section<br>700 E. Warm Springs Rd., Ste. 200<br>Las Vegas, NV 89119 |
| Nevada Labor Commissioner 3300 W. Sahara Ave., Ste. 225 Las Vegas, NV 89102 | Small Business Administration 312 N. Spring St., 5th Fl. Los Angeles, CA 90012 |