Corey B. Beck (5870)
LAW OFFICE OF COREY B. BECK P.C.
425 South Sixth Street
Las Vegas, NV 89101
Phone: (702) 678-1999
Fax: (702) 678-6788
becklegal@yahoo.com
*Proposed Counsel for Debtor*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>ACTON ACADEMY RED ROCK LLC,<br><br>Debtor. | Case No.: 26-13991-mkn<br><br>**REPLY TO OPPOSITION TO OBJECTION TO THE MOUNTAIN CHURCH AND PRECEDENT PROPERTIES, LLC (LANDLORD'S) CLAIM**<br><br>**Hearing Date: October 28, 2026**<br><br>**Hearing Time: 9:30am** |

The Debtor, ACTON ACADEMY RED ROCK LLC, by and through their counsel, COREY B. BECK, ESQ., of THE LAW OFFICE OF COREY B. BECK, P.C., respectfully submits this Reply to Opposition to The Mountain Church and Precedent Properties, LLC (Landlord's Claim) respectfully represents and move this Court as follows:

With respect to "Sunday Use" Setoff Argument, Landlord relies on Lease Language that it has "the right to close and lock the building on Saturdays, Sundays, and legal holidays" as primary basis against setoff. Opposition does not directly contradict Debtor's assertion that Landlord asked to use Acton's lease space temporarily and has continued to utilize Debtor's lease space. Debtor has been impacted by restriction as Amy Novak asserted in her Declaration that

"parent outreach, community development, staff meeting, tutoring, and Open Houses" are school functions that occur on Sundays.

Similarly, Debtor has asserted that common areas have been restricted by Landlord for the past 10-months. Assertion is not directly contradicted by Landlord. Church asserts they can restrict access as lease provides for it. Debtor's assertion is that they are not getting benefit promised in Lease. Exhibit A to lease note "suite #300- approximately +/- 7,667 RSF including standard open common space". Therefore, setoff of Lease Arrears is proper.

**RELIEF REQUESTED**

1. Order allowing setoff as requested in Objection to Claim.

Dated: October 23, 2026.

Submitted by:

LAW OFFICE OF COREY B. BECK P.C.

*/s/ Corey B. Beck, Esq.*

Corey B. Beck (5870)
425 South Sixth Street
Las Vegas, NV 89101
Phone: (702) 678-1999
Fax: (702) 678-6788
becklegal@yahoo.com
*Proposed Counsel for Debtor*