**Fill in this information to identify the case:**

Debtor Name Acton Academy Red Rock

United States Bankruptcy Court for the: __________ District of __________

Case number: 26-13991-mkn

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: September

Date report filed: 10/12/2026 (MM / DD / YYYY)

Line of business: School

NAISC code: 611110

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Amy Novak

Original signature of responsible party: [signature]

Printed name of responsible party: Amy Novak

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name Acton Academy Red Rock Case number 26-13991-mkn

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** $ 3926.41

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 47380

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. - $ 42,369.60

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*. + $ 5010.4

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report. = $ 8936.81

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ 0

*(Exhibit E)*

Debtor Name Acton Academy Red Rock Case number 26-13991-mkn

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ 57,260.30

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? 3
27. What is the number of employees as of the date of this monthly report? 4

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 250
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 20,250
30. How much have you paid this month in other professional fees? $ 0
31. How much have you paid in total other professional fees since filing the case? $ 0

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* | | Column B | | *Column C* |
|---|---|---|---|---|---|
| | **Projected** | – | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 48,000 | – | $ 47380 | = | $ 620 |
| 33. **Cash disbursements** | $ 46,000 | – | $ 42369.60 | = | $ 3630.40 |
| 34. **Net cash flow** | $ 2,000 | – | $ 5010.40 | = | $ 3010.40 |

35. Total projected cash receipts for the next month: $ 37,000
36. Total projected cash disbursements for the next month: - $ 32,000
37. Total projected net cash flow for the next month: = $ 5000

Debtor Name Acton Academy Red Rock

Case number 26-13991-mkn

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☐ 39. Bank reconciliation reports for each account.
- ☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☐ 41. Budget, projection, or forecast reports.
- ☐ 42. Project, job costing, or work-in-progress reports.



Print Save As... Reset

CHASE

JPMorgan Chase Bank, N.A.
P O Box 44959
Indianapolis, IN 46244 - 4959

September 01, 2026 through September 30, 2026
Account Number: **000000871938053**

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00518045 DRE 703 219 27426 NNNNNNNNNNN 1 000000000 64 0000 AT 00
ACTON ACADEMY RED ROCK LLC
AMY NOVAK
9161 MASTODON AVE
LAS VEGAS NV 89149-1706

05180450301000000023

## CHECKING SUMMARY

Chase Business Complete Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$3,925.94** |
| Deposits and Additions | 23 | 47,380.03 |
| ATM & Debit Card Withdrawals | 41 | -4,751.48 |
| Electronic Withdrawals | 38 | -42,369.60 |
| Fees | 3 | -90.00 |
| **Ending Balance** | **105** | **$4,094.89** |

Your Monthly Service Fee was $15 this statement period.

**How to Avoid the Monthly Service Fee (MSF)**
If you meet any of the following qualifying activities for this Chase Business Complete Checking[SM] account in a statement period, we will waive the $15 MSF.

Here's the business activity we used to determine if you qualified for the MSF waiver:
- $2,000 Minimum Daily Ending Balance: Your lowest daily ending balance was -$22.39.
- $2,000 Chase Payment Solutions[SM] Activity: $0.00 was deposited into this account.
- $2,000 Chase Ink® Business Card Activity: $0.00 was your total Ink activity.

You can also avoid the MSF if you:
- Maintain a linked Chase Private Client Checking[SM] account OR
- Meet Chase Military Banking requirements

For complete details on all requirements to avoid the MSF, please review the Additional Banking Services and Fees for Business Accounts at chase.com/business/disclosures or visit a Chase branch.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/01 | Orig CO Name:Morgan Stanley Orig ID:6427014001 Desc Date:260831 CO Entry Descr:ACH Creditsec:CCD Trace#:021000020267571 Eed:260901 Ind ID:Aw1Gxcw8G Ind Name:Acton Academy Red Rock Trn: 2440267571Tc | $1,325.00 |
| 09/01 | Zelle Payment From Amy Novak 0Hp0Ubl1Wvc3 | 400.00 |
| 09/03 | Real Time Transfer Recd From Aba/Contr Bnk-021000021 From: Square Ref: T3X78Hatrf8Krwc Info: Text- Iid: 20260903021000021P1Brjpc09610001103 Recd: 02:49:55 Trn: 2508892245Gd Bref: 6D0C39F2-1C0A-416E-A285-3136440F49F | 3,922.00 |
| 09/04 | Real Time Transfer Recd From Aba/Contr Bnk-021000021 From: Square Ref: T3Xb9Ek71Jtyw9G Info: Text- Iid: 20260904021000021P1Brjpc08490027125 Recd: 19:23:38 Trn: 2319022247Gd Bref: A9Fd4E6A-0355-48CA-A37A-D2766Fbdb52 | 9,805.00 |

CHASE

September 01, 2026 through September 30, 2026
Account Number: 000000871938053

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/04 | Orig CO Name:Square Inc Orig ID:9424300002 Desc Date:260904 CO Entry Descr:Sq260904 Sec:PPD Trace#:021000021003788 Eed:260904 Ind ID: Ind Name:Acton Academy Red Rock Trn: 2471003788Tc | 6,016.00 |
| 09/08 | Real Time Transfer Recd From Aba/Contr Bnk-021000021 From: Square Ref: T3Hd1Jyfazvt0K8 Info: Text- Iid: 20260906021000021P1Brjpc08540003568 Recd: 10:08:39 Trn: 0330062249Gd Bref: C8D4191F-49Ae-4B1D-A896-F776Dd1D6C0 | 2,831.02 |
| 09/14 | Real Time Transfer Recd From Aba/Contr Bnk-021000021 From: Square Ref: T33Nxn8A5Ty427Y Info: Text- Iid: 20260912021000021P1Brjpc07970035710 Recd: 19:45:35 Trn: 1825582255GA Bref: 45B8Cafe-67Ee-473F-9244-A7B692Cf5C0 | 490.25 |
| 09/15 | Zelle Payment From Riko Zehavy 30820975619 | 30.00 |
| 09/16 | Real Time Transfer Recd From Aba/Contr Bnk-021000021 From: Square Ref: T3GM2831Swpxzjf Info: Text- Iid: 20260916021000021P1Brjpc00900013828 Recd: 13:46:44 Trn: 1006122259Gd Bref: 26084Ebd-0Dee-4A0B-975D-7A5E84Cfc66 | 4,051.43 |
| 09/16 | Orig CO Name:Square Inc Orig ID:9424300002 Desc Date:260916 CO Entry Descr:Sq260916 Sec:PPD Trace#:021000023230963 Eed:260916 Ind ID: Ind Name:Acton Academy Red Rock Trn: 2593230963Tc | 1,141.00 |
| 09/16 | Zelle Payment From Amy Novak 0Hp0Ibk1Xv5V | 260.00 |
| 09/18 | Orig CO Name:Paysafe Merchant Orig ID:M331220046 Desc Date:260918 CO Entry Descr:Card Procssec:CCD Trace#:043000096299306 Eed:260918 Ind ID:000000622374542 Ind Name:Acton Academy Red Rock Trn: 2616299306Tc | 3,783.05 |
| 09/21 | Real Time Transfer Recd From Aba/Contr Bnk-021000021 From: Square Ref: T36Nz16D2F1ME9P Info: Text- Iid: 20260921021000021P1Brjpc02070023566 Recd: 17:24:12 Trn: 1738412264Ge Bref: Ed375E5B-03A8-47Fd-9615-C0C67Aa5258 | 1,024.62 |
| 09/21 | Real Time Transfer Recd From Aba/Contr Bnk-021000021 From: Square Ref: T3Nb665J1Pdxwfp Info: Text- Iid: 20260921021000021P1Brjpc06220034983 Recd: 19:44:02 Trn: 2245472264GA Bref: 0F322Ef6-4Fa6-4560-A7C1-1A8038A5821 | 622.91 |
| 09/22 | Real Time Transfer Recd From Aba/Contr Bnk-021000021 From: Square Ref: T3Qqj3Znryvgnh6 Info: Text- Iid: 20260922021000021P1Brjpc05000016091 Recd: 13:24:52 Trn: 0754742265Gc Bref: 76193D2D-2Eba-44C2-A897-90Dca7Fa073 | 1,023.64 |
| 09/24 | Real Time Transfer Recd From Aba/Contr Bnk-021000021 From: Square Ref: T3Vae6B4Wfcq3W2 Info: Text- Iid: 20260924021000021P1Brjpc04980000801 Recd: 03:23:31 Trn: 2170202266Gc Bref: E1425B40-F562-472C-B1D1-B01Ebf79D26 | 1,029.40 |
| 09/24 | Zelle Payment From Amy Novak 0Hp0Tbh18Ota | 460.00 |
| 09/25 | Orig CO Name:Morgan Stanley Orig ID:6427014001 Desc Date:260924 CO Entry Descr:ACH Creditsec:CCD Trace#:021000029016531 Eed:260925 Ind ID:Azumedv7K Ind Name:Acton Academy Red Rock Trn: 2689016531Tc | 1,325.00 |
| 09/28 | Orig CO Name:Paysafe Merchant Orig ID:M331220046 Desc Date:260928 CO Entry Descr:Card Procssec:CCD Trace#:043000099247675 Eed:260928 Ind ID:000000625458132 Ind Name:Acton Academy Red Rock Trn: 2719247675Tc | 1,325.35 |
| 09/28 | Orig CO Name:Omella Payout Orig ID:1800948598 Desc Date: CO Entry Descr:Omella Paysec:CCD Trace#:091000013260856 Eed:260928 Ind ID:St-J7E8F6M2W1X5 Ind Name:Amy Novak Trn: 2713260856Tc | 494.00 |
| 09/29 | Real Time Transfer Recd From Aba/Contr Bnk-021000021 From: Square Ref: T399Y3Bbcy0Mnfb Info: Text- Iid: 20260929021000021P1Brjpc08920011718 Recd: 10:58:46 Trn: 0687892272Ge Bref: 15A12Cab-C6Dd-4Fe5-Bdf4-9C5667A744C | 980.50 |
| 09/30 | Card Purchase Return 09/28 Target T-1462 Las Vegas NV Card 8180 | 39.86 |
| 09/30 | Orig CO Name:Square Inc Orig ID:9424300002 Desc Date:260930 CO Entry Descr:Sq260930 Sec:PPD Trace#:021000023340294 Eed:260930 Ind ID: Ind Name:Acton Academy Red Rock Trn: 2733340294Tc | 5,000.00 |
| **Total Deposits and Additions** | | **$47,380.03** |

CHASE

September 01, 2026 through September 30, 2026
Account Number: 000000871938053

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/01 | Recurring Card Purchase 08/31 Page Bird Tallinn Card 8180 | $188.00 |
| 09/01 | Card Purchase 09/01 Testingmom.Com 8776096203 NV Card 8180 | 29.99 |
| 09/01 | Recurring Card Purchase 09/01 Google *Workspace_Pl Cc@Google.Com CA Card 8180 | 170.40 |
| 09/01 | Card Purchase With Pin 09/01 Starlink Hawthorne CA Card 8180 | 360.00 |
| 09/01 | Card Purchase 09/01 Ic* Instacart Instacart.Com CA Card 8180 | 27.43 |
| 09/08 | Card Purchase 09/05 Jetblue 27944960142 8005382583 NY Card 8180 | 49.00 |
| 09/08 | Recurring Card Purchase 09/07 The Great Courses 703-7404518 VA Card 8180 | 20.00 |
| 09/09 | Card Purchase 09/09 Amazon Mktpl*535TX9S Amzn.Com/Bill WA Card 8180 | 38.07 |
| 09/09 | Recurring Card Purchase 09/09 Unyte Www.Integrate CO Card 8180 | 169.00 |
| 09/10 | Card Purchase 09/09 Madison Ave Mkt St2128 Flushing NY Card 8180 | 7.16 |
| 09/10 | Card Purchase 09/09 Ic* Costco By Instac Instacart.Com CA Card 8180 | 49.99 |
| 09/10 | Recurring Card Purchase 09/10 Visionariesnv Www.Visionari NV Card 8180 | 399.99 |
| 09/10 | Card Purchase 09/10 Amazon.Com*534I70Wm2 Amzn.Com/Bill WA Card 8180 | 11.69 |
| 09/10 | Card Purchase 09/10 Amazon Mktpl*535XI0R Amzn.Com/Bill WA Card 8180 | 54.18 |
| 09/11 | Card Purchase 09/10 Amazon Mktpl*5L5Kq4C Amzn.Com/Bill WA Card 8180 | 144.13 |
| 09/14 | Card Purchase 09/11 Amazon Mktpl*5L91076 Amzn.Com/Bill WA Card 8180 | 27.18 |
| 09/14 | Card Purchase 09/11 Target.Com * 800-591-3869 MN Card 8180 | 152.19 |
| 09/14 | Card Purchase 09/14 Amazon Mktpl*5L0Aj48 Amzn.Com/Bill WA Card 8180 | 15.60 |
| 09/14 | Card Purchase 09/13 Sharpmind Hong Kong Card 8180 | 53.00 |
| 09/15 | Card Purchase 09/15 Amazon Mktpl*5L2O15K Amzn.Com/Bill WA Card 8180 | 27.72 |
| 09/15 | Card Purchase 09/15 Amazon Mktpl*5L6Mv32 Amzn.Com/Bill WA Card 8180 | 30.31 |
| 09/15 | Card Purchase 09/14 Target.Com * 800-591-3869 MN Card 8180 | 39.86 |
| 09/17 | Card Purchase 09/17 Ic* Costco By Instac Instacart.Com CA Card 8180 | 168.58 |
| 09/18 | Card Purchase 09/17 Sq *Dlp Nevada Gosq.Com NV Card 8180 | 1,500.00 |
| 09/18 | Card Purchase With Pin 09/17 Shell Service Station Las Vegas NV Card 8180 | 57.20 |
| 09/18 | Card Purchase 09/18 Ic* Instacart Instacart.Com CA Card 8180 | 66.43 |
| 09/18 | Card Purchase 09/18 Ic* Instacart Instacart.Com CA Card 8180 | 30.67 |
| 09/21 | Card Purchase 09/18 Amazon Mktpl*5R8I422 Amzn.Com/Bill WA Card 8180 | 170.01 |
| 09/21 | Card Purchase 09/18 Ezcater*Kekes Breakfas 8004881803 MA Card 8180 | 328.03 |
| 09/24 | Card Purchase 09/24 Dd *Doordash Diegosfa Doordash.Com CA Card 8180 | 55.33 |
| 09/24 | Card Purchase 09/23 S&S #5 Las Vegas NV Card 8180 | 23.77 |
| 09/24 | Card Purchase 09/24 Ic* Instacart Instacart.Com CA Card 8180 | 51.04 |
| 09/28 | Card Purchase 09/27 Amazon Mktpl*5X75F5H Amzn.Com/Bill WA Card 8180 | 47.67 |
| 09/28 | Card Purchase 09/27 Amazon Mktpl*5X0Em75 Amzn.Com/Bill WA Card 8180 | 7.58 |
| 09/28 | Card Purchase 09/26 Amazon Mktpl*514Jr4L Amzn.Com/Bill WA Card 8180 | 16.25 |
| 09/28 | Card Purchase 09/26 Amazon.Com*5X07L5280 Amzn.Com/Bill WA Card 8180 | 16.01 |
| 09/28 | Recurring Card Purchase 09/27 Apple.Com/Bill 866-712-7753 CA Card 8180 | 2.99 |
| 09/29 | Card Purchase 09/28 Starbucks 8007827282 800-782-7282 WA Card 8180 | 10.00 |
| 09/29 | Card Purchase 09/28 Aloha Practice Mgmt Alohaaba.Com TX Card 8180 | 89.97 |
| 09/30 | Recurring Card Purchase 09/29 Canva* I05018-0420221 Canva.Com TX Card 8180 | 12.95 |
| 09/30 | Card Purchase 09/30 Amazon.Com*510MO9K21 Amzn.Com/Bill WA Card 8180 | 32.11 |
| **Total ATM & Debit Card Withdrawals** | | **$4,751.48** |

## ATM & DEBIT CARD SUMMARY

Amy Novak Card 8180

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $4,751.48 |
| Total Card Deposits & Credits | $39.86 |

CHASE

September 01, 2026 through September 30, 2026
Account Number: 000000871938053

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $4,751.48 |
| Total Card Deposits & Credits | $39.86 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/01 | Zelle Payment To John Jpm99Cv0I5L5 | $1,273.00 |
| 09/01 | Zelle Payment To Kyle Crafts Jpm99Cv3Gimx | 1,565.81 |
| 09/01 | Zelle Payment To Nicole Lan Jpm99Cv3Gxnl | 858.88 |
| 09/01 | Zelle Payment To Emily Stewart 30644132473 | 1,149.82 |
| 09/03 | Zelle Payment To Elaine Schmidt 30666271563 | 827.62 |
| 09/03 | Zelle Payment To Amy Jpm99Cvaowjl | 300.00 |
| 09/03 | Zelle Payment To Kim Bernstein 30677065487 | 2,575.00 |
| 09/04 | Zelle Payment To Amy Jpm99Cvdgnjy | 100.00 |
| 09/04 | 09/04 Online Realtime Vendor Payment 11235589236 Payment ID Reference#: 8235589236Rx To Aarr Rent 0218 | 15,250.80 |
| 09/08 | Zelle Payment To Amy Jpm99Cvo9J8E | 498.00 |
| 09/08 | Zelle Payment To Aubrey Loper Jpm99Cvorxrt | 1,000.00 |
| 09/08 | Zelle Payment To Aubrey Loper Jpm99Cvtz1T4 | 400.00 |
| 09/08 | Orig CO Name:Square Inc Orig ID:9591330001 Desc Date:260908 CO Entry Descr:Sq260908 Sec:CCD Trace#:021000028636695 Eed:260908 Ind ID:T33Ecr0G3Hmyjg5 Ind Name:Amy Novak T2237597 Trn: 2518636695Tc | 49.00 |
| 09/08 | Orig CO Name:Square Inc Orig ID:9591330001 Desc Date:260908 CO Entry Descr:Sq260908 Sec:Web Trace#:021000028636877 Eed:260908 Ind ID:T3Z7Bxjqj6X234H Ind Name:Acton Academy Red Rock T2237597 Trn: 2518636877Tc | 49.00 |
| 09/08 | Orig CO Name:Square Inc Orig ID:9591330001 Desc Date:260908 CO Entry Descr:Sq260908 Sec:CCD Trace#:021000028636743 Eed:260908 Ind ID:T3A7Tsf51Qp78V2 Ind Name:Amy Novak T2237597 Trn: 2518636743Tc | 35.00 |
| 09/08 | Orig CO Name:Square Inc Orig ID:9591330001 Desc Date:260908 CO Entry Descr:Sq260908 Sec:Web Trace#:021000028636782 Eed:260908 Ind ID:T3Dkdfp2Vcadn97 Ind Name:Acton Academy Red Rock T2237597 Trn: 2518636782Tc | 35.00 |
| 09/11 | Orig CO Name:Wayfair Orig ID:Citiautfdr Desc Date:260910 CO Entry Descr:Auto Pymt Sec:Web Trace#:122402152552473 Eed:260911 Ind ID:722089046100696 Ind Name:Amy Novak Trn: 2542552473Tc | 77.00 |
| 09/14 | Orig CO Name:The Hartford Orig ID:9942902727 Desc Date: CO Entry Descr:Inspmtcl Sec:CCD Trace#:051000015318896 Eed:260914 Ind ID:16359031 Ind Name:Acton Academy Red Rock Nwtbs Cl Scic ACH C Trn: 2575318896Tc | 522.96 |
| 09/17 | Zelle Payment To Amy Jpm99Cws488V | 100.00 |
| 09/17 | Zelle Payment To Adam.Neubauer 30851277252 | 30.00 |
| 09/17 | Zelle Payment To Amy Jpm99Cwtbl41 | 187.00 |
| 09/18 | 09/18 Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Health Plan of Nevada Inc New York NY 10038 US Ref: 60010305 Acton Academy Red Rock Imad: 0918Mmqfmp2N014049 Trn: 3252866261Es | 5,667.08 |
| 09/18 | Zelle Payment To Kyle Crafts Jpm99Cx0586K | 980.00 |
| 09/21 | Zelle Payment To Emily Stewart 30908354998 | 828.42 |
| 09/21 | Zelle Payment To Nicole Lan Jpm99Cxbn60O | 800.00 |
| 09/22 | Zelle Payment To Nicole Lan Jpm99Cxdsahb | 438.12 |
| 09/22 | Zelle Payment To Karla Navas Jpm99Cxdsawr | 500.00 |
| 09/24 | Zelle Payment To Kim Bernstein 30936469383 | 1,000.00 |
| 09/24 | Zelle Payment To Kyle Crafts Jpm99Cxjd649 | 450.00 |
| 09/25 | Zelle Payment To Kim Bernstein 30955263850 | 1,000.00 |

CHASE

September 01, 2026 through September 30, 2026
Account Number: 000000871938053

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/25 | Zelle Payment To Kyle Crafts Jpm99Cxobg1X | 327.00 |
| 09/28 | Zelle Payment To Excellence Cleaning Service Account Jpm99Cxswrjy | 475.00 |
| 09/28 | Zelle Payment To Amy Jpm99Cxswyqc | 600.00 |
| 09/28 | Zelle Payment To Amy Jpm99Cxutz71 | 160.00 |
| 09/28 | Zelle Payment To Kyle Crafts Jpm99Cy0Kh4N | 368.09 |
| 09/29 | Orig CO Name:Done For You Tax Orig ID:9831897454 Desc Date: CO Entry Descr:Purchase Sec:Web Trace#:061104592074163 Eed:260929 Ind ID:27432893 Ind Name:Novak Amy Trn: 2722074163Tc | 347.00 |
| 09/29 | Zelle Payment To Kim Bernstein 31002523101 | 545.00 |
| 09/30 | Zelle Payment To Aubrey Loper Jpm99Cy717Tc | 1,000.00 |
| | **Total Electronic Withdrawals** | **$42,369.60** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/01 | Rtp/Same Day - High Value | $50.00 |
| 09/18 | Online Domestic Wire Fee | 25.00 |
| 09/30 | Monthly Service Fee | 15.00 |
| | **Total Fees** | **$90.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 09/01 | -$22.39 | 09/14 | 131.32 | 09/22 | 93.54 |
| 09/03 | 196.99 | 09/15 | 63.43 | 09/24 | 2.80 |
| 09/04 | 667.19 | 09/16 | 5,515.86 | 09/25 | 0.80 |
| 09/08 | 1,363.21 | 09/17 | 5,030.28 | 09/28 | 126.56 |
| 09/09 | 1,156.14 | 09/18 | 486.95 | 09/29 | 115.09 |
| 09/10 | 633.13 | 09/21 | 8.02 | 09/30 | 4,094.89 |
| 09/11 | 412.00 | | | | |

15180450303000000063

CHASE



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

# September statement and MOR

From: Amy Novak (amy@actonacademyredrock.com)

To: becklegal@yahoo.com

Date: Wednesday, October 28, 2026 at 12:49 AM PDT

Also attached are the forecasts/report screen shots  from the bookeeper.




**3-Month Combined Forecast**

**Average Monthly Revenue:** $153,371

**Average Monthly Expenses:** $128,782

**Average Monthly Profit:** $24,589

---

**Monthly Breakdown:**

**Oct 2026:** Revenue: $117,690, Expenses: $98,137, Profit: $19,554

**Nov 2026:** Revenue: $153,371, Expenses: $128,782, Profit: $24,589

**Dec 2026:** Revenue: $189,051, Expenses: $159,427, Profit: $29,624













20260930-statements-8053-.pdf
118.7