Corey B. Beck (5870)
LAW OFFICE OF COREY B. BECK P.C.
425 South Sixth Street
Las Vegas, NV 89101
Phone: (702) 678-1999
Fax: (702) 678-6788
becklegal@yahoo.com
*Proposed Counsel for Debtor*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>ACTON ACADEMY RED ROCK LLC<br><br>Debtor. | Case No.: 26-13991-mkn |

**DECLARATION OF AMY NOVAK IN SUPPORT OF FINANCIAL PROJECTIONS FOR ACTON ACADEMY RED ROCK LLC**

1. I am 85% owner of Acton Academy Red Rock, LLC "Acton Academy".

2. I manage day to day activities of Acton Academy.

3. Acton Academy is a private school located at 9501 Hillwood Dr., Las Vegas, NV 89134. We currently have 58 students in 4 multi- age studios. These studios have children of different ages learning together.

4. My bookkeeper Done for you Tax, LLC prepared projections to be submitted to Court.

5. I have personal knowledge of bank statements, ledgers, which were used to formulate projections.

6. The projections have increased because as the academic year begins, increased confirmed

enrollment from 47 learners in 2025-26 school year to 67 in the 2026-27 school. This provides greater visibility into budgeted tuition revenue and monthly operating income.

7. I am optimistic about future revenue because returning and newly enrolled families enter the academic year with tuition payment obligations that provide the foundation for recurring operating revenue.

Dated: October 29, 2026.

*/s/ Amy Novak*
AMY NOVAK

## Aug 17, 2026 - Sep 30, 2026 - Expense Breakdown






3-Month Combined Forecast

**Average Monthly Revenue:** $153,371

**Average Monthly Expenses:** $128,782

**Average Monthly Profit:** $24,589

---

**Monthly Breakdown:**

**Oct 2026:** Revenue: $117,690, Expenses: $98,137, Profit: $19,554

**Nov 2026:** Revenue: $153,371, Expenses: $128,782, Profit: $24,589

**Dec 2026:** Revenue: $189,051, Expenses: $159,427, Profit: $29,624


Aug 17, 2026 - Sep 30, 2026 - Trends & Forecast
Forecast Months:
3 Months
Revenue
Revenue Best Fit
Revenue Forecast
Expenses
Expense Best Fit
Expense Forecast
Profit
Profit Best Fit
Profit Forecast
$200,000
$180,000
$160,000
$140,000
$120,000
$100,000
$80,000
$60,000
$40,000
$20,000
$0
Aug 2026
Sep 2026
Oct 2026 (F)
Nov 2026 (F)
Dec 2026 (F)


Aug 17, 2026 - Sep 30, 2026 - Profit & Loss (Bar)
Revenue
Expenses
Net Income
$50,000
$45,000
$40,000
$35,000
$30,000
$25,000
$20,000
$15,000
$10,000
$5,000
$0
Aug 2026
Sep 2026


Aug 17, 2026 - Sep 30, 2026 - Profit & Loss (Line)
Revenue
Expenses
Net Income
$50,000
$45,000
$40,000
$35,000
$30,000
$25,000
$20,000
$15,000
$10,000
$5,000
$0
Aug 2026
Sep 2026